IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TAMMY JOYCE WILLIAMS** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:24cv308-HSO-MTP |
| | § | |
| **COMMISSIONER OF SOCIAL SECURITY, et al.** | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Court's Order entered this date and incorporated herein by reference, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58.

**IT IS, ORDERED AND ADJUDGED**, that the decision of the Commissioner of Social Security is **REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**SO ORDERED AND ADJUDGED**, this the 17th day of September, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE